IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD CHRISTIAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MORTGAGE ELECTRONIC, )<br>REGISTRATION SYSTEMS, INC., *et al.*, )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br><br><br>Civil Action No. 3:18-CV-1634-C-BK |

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should grant Defendants' Motion to Dismiss and dismiss all of Plaintiffs' claims with prejudice. Plaintiffs have failed to file any objections or an amended complaint and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendants' Motion to Dismiss, filed July 17, 2018, is **GRANTED**. Accordingly, all claims asserted against the named Defendants to this civil action are hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this 8th day of March, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE